# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:   **JOSIAH WEISS** | ) ) ) ) ) ) ) ) )   MISC. BUSINESS DOCKET<br>No.: 18-mc-91400-FDS |

## JUDGMENT OF DISBARMENT

WHEREAS, on August 31, 2020, the Supreme Judicial Court for the Commonwealth of Massachusetts has cause to file with this Court a certified copy of a Judgment of Disbarment with respect to **JOSIAH WEISS.**

1. WHEREAS, pursuant to Local Rule 83.6.9, Notice of Filing of Disciplinary Action and Order to Show Cause were filed in this Court on September 2, 2020. In addition, a copy of the Notice and Order were electronically mailed **JOSIAH WEISS's** email address on file with this Court;

2. WHEREAS, **JOSIAH WEISS** has failed to object or otherwise respond within twenty-eight (28) days.

WHEREFORE, pursuant to Local Rule 83.6.9(c), this Court hereby imposes the identical discipline, and **JOSIAH WEISS** is hereby Disbarred from this court and his name is stricken from the Roll of Attorneys.


Dated:  October 1, 2020                                  /s/ F. Dennis Saylor IV
                                                                         F. Dennis Saylor IV
                                                                         Chief Judge, United States District Court